IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL J. RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., NDEX WEST, LLC, WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO BANK SOUTHWEST, N.A., WACHOVIA MORTGAGE, FSB, and WORLD SAVING BANK, FSB,<br><br>  Defendants. | No. C 10-05874 WHA<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTIONS TO DISMISS AND STRIKE** |

This action was removed from state court and reassigned to the undersigned. Defendant Wachovia Mortgage filed a motion to dismiss the complaint and a motion to strike portions of the complaint. Plaintiff subsequently filed an amended complaint. Since then, defendant has not withdrawn its motions. Therefore, defendant's motions are **DENIED AS MOOT** and the hearing on March 3, 2011, is **VACATED**.

**IT IS SO ORDERED.**

Dated: February 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE