IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABRIEL J. RAMIREZ,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., NDEX WEST, LLC, WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO BANK SOUTHWEST, N.A., WACHOVIA MORTGAGE, FSB, and WORLD SAVING BANK, FSB,

    Defendants.

No. C 10-05874 WHA

**NOTICE REGARDING STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEX**

Plaintiff and defendant NDEX West, LLC, have stipulated that NDEX will only be bound by any *non-monetary* judgment or order entered by the Court. They also submitted a proposed order that calls for the Court to rubber-stamp their stipulation; it is unclear why, because they submit no authority or argument concerning why the Court should do so. Without more, this stipulation is between the parties and does not need the Court's blessing.

Dated: March 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE