1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIEL J. RAMIREZ, | CASE NO. CV10-5874 WHA |
| Plaintiff, | [Assigned to the Honorable William H. Alsup, Courtroom 9] |
| vs. | **ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | Current Initial Case Management Conference: Date: April 14, 2011 Time: 3:00 p.m. Courtroom: 9 |

Having read and considered the foregoing Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. That the Initial Case Management Conference that is presently set for April 14, 2011 is hereby continued to  April 21 , 2011 at  2:00  ~~a.m.~~/ p.m.

Dated: April 13 , 2011

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the following document entitled:

**STIPULATION AND ORDER GRANTING CONTINUANCE OF INITIAL SCHEDULING CONFERENCE**

on all interested parties in said case addressed as follows:

*Served Electronically via Court's CM/ECF System:*

| *Attorneys for NDEX West LLC* | *Attorney for Plaintiff* |
|---|---|
| Edward Treder; Deepika S. Saluja | Lawrence P. Ramirez, Esq. |
| BARRETT DAFFIN FRAPPIER | The Litigation Group |
| TREDER & WEISS, LLP | 111 N. Market Street, Suite 1010 |
| 20955 Pathfinder Road, Suite 300 | San Jose, California 95113 |
| Diamond Bar, CA  91765 | *Tel:  408.971.1119* |
| *Tel:  626.915.5714* | *Fax:  408.971.1129* |
| *Fax:  909.595.7640* | |

☐ **BY MAIL:**  By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

☒ **FEDERAL:**   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **April 12, 2011.**

   Christine Daniel        */s/  Christine Daniel*   
(Print name)  (Signature)

CASE NO. CV10-5874 WHA
CERTIFICATE OF SERVICE