IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL J. RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., NDEX WEST, LLC, WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO BANK SOUTHWEST, N.A., WACHOVIA MORTGAGE, FSB, and WORLD SAVING BANK, FSB,<br><br>    Defendants.<br>                                     / | No. C 10-05874 WHA<br><br>**NOTICE OF ISSUE FOR DISCUSSION AT HEARING** |

    At the motion hearing on April 21, the parties shall please be prepared to address the following issue: Defendant argues that plaintiff's claims are preempted by the Home Owners Loan Act because the loan was originated by World Savings, a federally chartered savings association. But are plaintiff's claims relating to foreclosure (as opposed to origination) governed by the National Bank Act, given that Wells Fargo, which conducted the foreclosure sale, is a federally chartered national bank?

Dated: April 19, 2011.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE