IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL J. RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., NDEX WEST, LLC, WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO BANK SOUTHWEST, N.A., WACHOVIA MORTGAGE, FSB, and WORLD SAVING BANK, FSB,<br><br>  Defendants.<br>_____ / | No. C 10-05874 WHA<br><br>**ORDER SETTING DEADLINE TO ANSWER OR RESPOND TO COMPLAINT** |

An order granted in part and denied in part defendant Wachovia Mortgage's motion to dismiss plaintiff's complaint. That order set a deadline for plaintiff to move for leave to file an amended complaint. Plaintiff did not so move. Defendant Wachovia Mortgage then answered the complaint but not all defendants have answered or responded to the complaint. This order sets a deadline of **FOURTEEN CALENDAR DAYS** from the date of this order for defendants to answer or respond to the complaint.

**IT IS SO ORDERED.**

Dated: June 24, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE